UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC., BOEHRINGER INGELHEIM INTERNATIONAL GMBH, BOEHRINGER INGELHEIM CORPORATION, and BOEHRINGER INGELHEIM PHARMA GMBH & CO. KG,<br><br>Plaintiffs,<br>v.<br>MYLAN PHARMACEUTICALS INC., MYLAN INC., MYLAN LABORATORIES LIMITED, and AUROBINDO PHARMA LTD.<br><br>Defendants | Case No. 1-20-cv-00019<br>(Consolidated) |

## CONSENT JUDGMENT

Plaintiffs Boehringer Ingelheim Pharmaceuticals Inc., Boehringer Ingelheim International GMBH, Boehringer Ingelheim Corporation, and Boehringer Ingelheim Pharma GmbH & Co. KG (collectively "Boehringer"), and Defendant Aurobindo Pharma Ltd. ("Aurobindo") have agreed to terms and conditions representing a negotiated resolution of Civil Action No. 5:20-cv-00023, which has been consolidated with the above-captioned matter, Civil Action No. 1:20-cv-00019. Now the parties, by their respective undersigned attorneys, hereby stipulate and consent to entry of judgment in this action as follows:

IT IS, this ___ day of _____, 2021

HEREBY ORDERED, ADJUDGED AND DECREED that:

1. For purposes of this action only, this Court has jurisdiction over the subject matter of the above action and has personal jurisdiction over the parties.

2. As used in this Consent Judgment, (i) the term "the '526 patent" means U.S. Patent No. 9,486,526, which Aurobindo agrees is valid and enforceable, (ii) the term "Aurobindo's

1

ANDA Products" shall mean the products described in Abbreviated New Drug Application No. 208415, including 5 mg linagliptin tablets as a generic version of Tradjenta® as existing on the Effective Date, and as amended or supplemented from time to time in the ordinary course of business, and (iii) the term "Affiliate" shall mean any entity controlling, controlled by, or under common control with a Party, but only as long as such control continues, where "control" means: (1) the ownership of at least fifty percent (50%) of the equity or beneficial interest of such entity, or the right to vote for or appoint a majority of the board of directors or other governing body of such entity; or (2) the power to directly or indirectly direct or cause the direction of the management and policies of such entity by any means whatsoever.

3. Unless specifically authorized or otherwise modified between the parties, Aurobindo, including any of its successors and assigns, is enjoined from making, having made, using, selling, offering to sell, importing or distributing Aurobindo's ANDA Products in the United States, on its own part or through any Affiliate, officer, agent, servant, employee or attorney, or through any person in concert or coordination with Aurobindo or its Affiliates, through and until the expiration of the '526 Patent, including any patent term extension and/or patent term adjustment. If Boehringer becomes entitled to any other regulatory exclusivities that are not referenced herein, Boehringer may apply to the Court for modification of the consent judgment to incorporate such specified exclusivity.

4. The Parties agree that, in the event of violation of the terms of this Consent Judgment or any related agreement(s), jurisdiction and venue for an action to enforce performance under this Consent Judgment, including for a preliminary injunction against the breaching conduct, exists in this District Court, and the Parties hereby waive any and all defenses based on personal jurisdiction and venue.

5.  This Court retains jurisdiction to enforce or supervise performance under this Consent Judgment and any related agreement(s).

6.  The Complaint in Civil Action No. 5:20-cv-00023 and all remaining claims, counterclaims, or affirmative defenses as to Aurobindo, which have been consolidated with Civil Action No. 1:20-cv-00019, are dismissed without prejudice and without costs, disbursements, or attorney fees to any party.

**IT IS SO STIPULATED.**

/s/ James F. Companion
James F. Companion (#790)
Sandra K. Law (#6071)
401 Main Street
Wheeling, WV 26003
(304) 233-3390
jfc@schraderlaw.com
skl@schraderlaw.com

Jeanna M. Wacker (admitted PHV)
jeanna.wacker@kirkland.com
Leora Ben-Ami (admitted PHV)
leora.benami@kirkland.com
Mira Mulvaney (admitted PHV)
mira.mulvaney@kirkland.com
**KIRKLAND & ELLIS, LLP - NY**
601 Lexington Avenue
New York, NY 10022
(212) 446-4900

James F. Hurst (admitted PHV)
james.hurst@kirkland.com
Bryan S. Hales (admitted PHV)
bhales@kirkland.com
**KIRKLAND & ELLIS, LLP - IL**
300 North LaSalle
Chicago, IL 60654
(312) 862-2011

*Attorneys for Plaintiffs*

/s/ John D. Pizzo
John D. Pizzo (WV Bar No. 12680)
Shawn A. Morgan (WV Bar No. 6640)
**STEPTOE & JOHNSON PLLC**
400 White Oaks Boulevard
Bridgeport, WV 26330
T: (304) 933-8000
F: (304) 933-8183
john.pizzo@steptoe-johnson.com
shawn.morgan@steptoe-johnson.com

Jeffrey S. Ward (Admitted PHV)
Wendy M. Ward (Admitted PHV)
**GREEN, GRIFFITH & BORG-BREEN LLP**
8215 Greenway Blvd., Suite 220
Middleton, WI 53562
T: (312) 883-8060
F: (312) 883-8001
jward@greengriffith.com
wward@greengriffith.com

*Attorneys for Aurobindo Pharma Ltd*

**SO ORDERED** this _____ day of _____ 2021.

                                                  _____
                                                  HONORABLE IRENE M. KEELEY
                                                  UNITED STATES DISTRICT JUDGE