### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

BOEHRINGER INGELHEIM
PHARMACEUTICALS INC., BOEHRINGER
INGELHEIM INTERNATIONAL GMBH,
BOEHRINGER INGELHEIM CORPORATION,
and BOEHRINGER INGELHEIM PHARMA
GMBH & CO. KG,

     *Plaintiffs*,

v.

MYLAN PHARMACEUTICALS INC.,
MYLAN INC., MYLAN LABORATORIES
LIMITED,

     *Defendants*.

C.A. No. 1:20-cv-19 (TSK) (lead)

*Consolidated with*
C.A. No. 1:20-cv-90

### MOTION FOR STATUS CONFERENCE

Earlier today, Boehringer filed a motion to continue all outstanding deadlines in the Court's Scheduling Order (Dkt. 250).  This request is necessitated by Mylan's recent introduction of numerous untimely non-infringement and invalidity arguments that have significantly expanded the scope of this case during the exchange of opening, rebuttal, and reply expert reports.  The motion for a continuance follows Boehringer's earlier motion to strike Mylan's late-disclosed invalidity contentions (Dkt. 233), which was filed on March 27, 2024.  Due to the fast-approaching deadline for expert discovery (August 16, 2024), Boehringer respectfully requests that the Court schedule a status conference at its earliest convenience to clarify the scope and timing of proceedings.

Respectfully submitted,

Dated: July 29, 2024

/s/ David R. Pogue
Steven R. Ruby (WVSB No. 10752)
David R. Pogue (WVSB No. 10806)
Jordan L. Damron (WVSB No. 13284)
**CAREY DOUGLAS KESSLER & RUBY, PLLC**
707 Virginia Street East
901 Chase Tower
P.O. Box 913
Charleston, West Virginia 25323
(304) 345-1234
sruby@cdkrlaw.com
drpogue@cdkrlaw.com
jdamron@cdkrlaw.com

Jeanna M. Wacker (*admitted PHV*)
jeanna.wacker@kirkland.com
Sam Kwon (*admitted PHV*)
sam.kwon@kirkland.com
**KIRKLAND & ELLIS, LLP - NY**
601 Lexington Avenue
New York, NY 10022
(212) 446-4900

James F. Hurst (admitted PHV)
james.hurst@kirkland.com
Bryan S. Hales (admitted PHV)
bhales@kirkland.com
Tasha Francis Gerasimow (admitted PHV)
tasha.gerasimow@kirkland.com
**KIRKLAND & ELLIS, LLP - IL**
300 North LaSalle
Chicago, IL 60654
(312) 862-2011

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on July 29, 2024, service of the foregoing

was made upon counsel of record by CM/ECF filing.


*/s/ David R. Pogue*
David R. Pogue (WVSB No. 10806)