IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

| | |
|---|---|
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC., BOEHRINGER INGELHEIM INTERNATIONAL GMBH, BOEHRINGER INGELHEIM CORPORATION, and BOEHRINGER INGELHEIM PHARMA GMBH & CO. KG,<br><br>*Plaintiffs*,<br><br>v.<br><br>MYLAN PHARMACEUTICALS INC., MYLAN INC., MYLAN LABORATORIES LIMITED,<br><br>*Defendants*. | C.A. No. 1:20-cv-19 (TSK) (lead)<br><br>*Consolidated with*<br>C.A. No. 1:20-cv-90 |

**JOINT STIPULATION AND ORDER TO MODIFY SCHEDULE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Boehringer Pharmaceuticals Inc., Boehringer Ingelheim International GMBH, Boehringer Ingelheim Pharma GMBH & Co. KG (collectively "Boehringer") and Defendants Mylan Pharmaceuticals Inc., Mylan Inc., Mylan Laboratories Limited (collectively "Defendants"), subject to approval of the Court, that the Scheduling Order entered by the Court on May 21, 2024 (Dkt. 250) be modified as reflected in the below chart. The parties believe good cause exists for an extension to allow the parties to address outstanding disputes, and Boehringer withdraws, without prejudice, their pending motions at Dkt. 233 and 257-2.  Mylan believes that a trial decision by or around November 2, 2025 would be optimal because November 2, 2025 is the earliest date on which Mylan could receive final approval for its generic drug products. Mylan further believes that a trial decision by or around November 2, 2025 may avoid potential preliminary injunction and/or temporary restraining order filings.  Boehringer responds that final approval for Mylan's generic drug products is not contingent on Mylan receiving a favorable judgment in this action.  Boehringer

states that this stipulation is limited to the schedule modifications for supplemental discovery, which are subject to Boehringer's pending motions, and any potential impact on the timing of the Court's decision is not addressed by or within the scope of this stipulation.

Based on the parties' stipulations and agreement, the pending motions at Dkt. 233 and 257-2 are DISMISSED WITHOUT PREJUDICE as MOOT. The Court ORDERS that the following modified dates shall control the further proceedings of this matter and the Court will enter a separate order setting forth the specific dates and times for the Final Pre-Trial Conference and Trial.

| Event | Current Deadline | Proposed Modification |
|---|---|---|
| Close of Fact Discovery (limited to addressing any outstanding issues) | | November 15, 2024 |
| Supplemental Opening Expert Reports* (for which the parties have the burden of proof) | | December 13, 2024 |
| Supplemental Responsive Expert Reports* and Deadline to Provide Expert Deposition Availability | | January 17, 2025 |
| Supplemental Reply Expert Reports* (limited to secondary considerations) | | February 7, 2025 |
| Close of Expert Discovery | August 16, 2024 | March 7, 2025 |
| Joint Final Pretrial Order | September 13, 2024 | April 2, 2025 |
| Final Pre-Trial Conference | October 7, 2024, at 11:00 A.M. | April 9, 2025, at 10:00 A.M. |
| Trial | October 21, 2024, at 9:30 A.M. | April 14, 2025, at 9:30 A.M. (5 days) |

\* The parties acknowledge that opening, responsive, and reply expert reports have been previously served in this action. The supplemental fact discovery and subsequent expert reports (opening, responsive, and reply) referenced herein shall be limited to the issues that Boehringer has alleged were untimely disclosed and any issues related thereto, which are subject to Boehringer's pending motions (Dkt. 233 and 257-2), and any responses by either party to such issues.

Respectfully submitted,

August 20, 2024

/s/ David R. Pogue
Steven R. Ruby (WVSB No. 10752)
David R. Pogue (WVSB No. 10806)
Jordan L. Damron (WVSB No. 13284)
**CAREY DOUGLAS KESSLER & RUBY, PLLC**
707 Virginia Street East
901 Chase Tower
P.O. Box 913
Charleston, West Virginia 25323
(304) 345-1234
sruby@cdkrlaw.com
drpogue@cdkrlaw.com
jdamron@cdkrlaw.com

Jeanna M. Wacker (*admitted PHV*)
jeanna.wacker@kirkland.com
Sam Kwon (admitted PHV)
Sam.Kwon@kirkland.com
**KIRKLAND & ELLIS, LLP - NY**
601 Lexington Avenue
New York, NY 10022
(212) 446-4900

Bryan S. Hales (admitted PHV)
bhales@kirkland.com
Tasha Francis Gerasimow (admitted PHV)
tasha.gerasimow@kirkland.com
**KIRKLAND & ELLIS, LLP - IL**
333 West Wolf Point Plaza
Chicago, IL 60654
(312) 862-2011

*Attorneys for Plaintiffs*

/s/ William J. O'Brien
Gordon H. Copland
William J. O'Brien
**STEPTOE & JOHNSON PLLC**
400 White Oaks Boulevard
Bridgeport, WV 26330
(304) 933-8162
gordon.copland@steptoe-johnson.com
william.obrien@steptoe-johnson.com

Deepro R. Mukerjee
Lance Soderstrom
**KATTEN MUCHIN ROSENMAN LLP**
50 Rockefeller Plaza
New York, NY 10020-1605
(212) 940-8800
deepro.mukerjee@katten.com
lance.soderstrom@katten.com

Joseph M. Janusz
**KATTEN MUCHIN ROSENMAN LLP**
550 S. Tryon Street, Suite 2900
Charlotte, NC 28280
(704) 444-2000
joe.janusz@katten.com

*Attorneys for Defendants*

**ENTERED** this 28th day of August, 2024.

_____
Thomas S. Kleeh, Chief Judge
Northern District of West Virginia