**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**AT CLARKSBURG**

| | | |
|---|---|---|
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC., BOEHRINGER INGELHEIM INTERNATIONAL GMBH, BOEHRINGER INGELHEIM CORPORATION and BOEHRINGER INGELHEIM PHARMA GMBH & CO. KG, | ) ) ) ) ) ) ) ) | Case No.: 1:20-cv-19 (TSK) (Lead) |
| Plaintiffs, | ) ) ) | *Consolidated with* Case No.: 1:20-cv-90 Case No.: 1:24-cv-82 |
| v. | ) ) | |
| MYLAN PHARMACEUTICALS, INC., MYLAN INC., MYLAN LABORATORIES LIMITED, | ) ) ) ) | |
| Defendants. | | |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Boehringer Pharmaceuticals Inc., Boehringer Ingelheim International GMBH, Boehringer Ingelheim Pharma GMBH & Co. KG (collectively "Boehringer") and Defendants Mylan Pharmaceuticals Inc., Mylan Inc., Mylan Laboratories Limited (collectively with "Defendants"), subject to approval of the Court, that the deadline for the parties to Exchange Proposed Constructions and Identification of Intrinsic Evidence, and to Stipulate to Admissibility of Business Records for Trial be extended one day to April 17, 2025.

**ENTERED** this _____ day of April, 2025.

_____
Thomas S. Kleeh, Chief Judge
Northern District of West Virginia

Respectfully submitted,

Date: April 16, 2025

/s/ David R. Pogue
Steven R. Ruby (WVSB No. 10752)
David R. Pogue (WVSB No. 10806)
Jordan L. Damron (WVSB No. 13284)
CAREY DOUGLAS KESSLER & RUBY, PLLC
707 Virginia Street East
901 Chase Tower
P.O. Box 913
Charleston, West Virginia 25323
(304) 345-1234
sruby@cdkrlaw.com
drpogue@cdkrlaw.com
jdamron@cdkrlaw.com

Jeanna M. Wacker (admitted PHV)
jeanna.wacker@kirkland.com
Sam Kwon (admitted PHV)
sam.kwon@kirkland.com
Christopher Ilardi (admitted PHV)
Chris.ilardi@kirkland.com
Eliana Applebaum (admitted PHV)
Eliana.applebaum@kirkland.com
KIRKLAND & ELLIS, LLP - NY
601 Lexington Avenue
New York, NY 10022
(212) 446-4900

James F. Hurst (admitted PHV)
james.hurst@kirkland.com
Bryan S. Hales (admitted PHV)
bhales@kirkland.com
Tasha Francis Gerasimow (admitted PHV)
tasha.gerasimow@kirkland.com
KIRKLAND & ELLIS, LLP - IL
333 West Wolf Point Plaza
Chicago, IL 60654
(312) 862-2011

Attorneys for Plaintiffs

/s/ William J. O'Brien
Gordon H. Copland (WV Bar# 828)
William J. O'Brien (WV Bar# 10549)
STEPTOE & JOHNSON PLLC
400 White Oaks Blvd.
Bridgeport, West Virginia 26330
(304) 933-8162
gordon.copland@steptoe-johnson.com
william.obrien@steptoe-johnson.com

Deepro R. Mukerjee (admitted PHV)
Lance Soderstrom (admitted PHV)
KATTEN MUCHIN ROSENMAN LLP
50 Rockefeller Plaza
New York, NY 10020-1605
(212) 940-8800
deepro.mukerjee@katten.com
lance.soderstrom@katten.com

Joseph M. Janusz (admitted PHV)
KATTEN MUCHIN ROSENMAN LLP
550 S. Tryon Street, Suite 2900
Charlotte, NC 28280
(704) 444-2000
joe.janusz@katten.com

Attorneys for Defendants