# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
### AT CLARKSBURG

| | |
|---|---|
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC., BOEHRINGER INGELHEIM INTERNATIONAL GMBH, BOEHRINGER INGELHEIM CORPORATION, and BOEHRINGER INGELHEIM PHARMA GMBH & CO. KG,<br><br>　　　　*Plaintiffs*,<br><br>v.<br><br>MYLAN PHARMACEUTICALS INC., MYLAN INC., MYLAN LABORATORIES LIMITED,<br><br>　　　　*Defendants*. | C.A. No. 1:20-cv-19 (TSK) (lead)<br><br>*Consolidated with*<br>C.A. No. 1:20-cv-90<br>C.A. No. 1:24-cv-82 |

**JOINT STIPULATION AND ORDER TO MODIFY SCHEDULE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Boehringer Pharmaceuticals Inc., Boehringer Ingelheim International GMBH, Boehringer Ingelheim Pharma GMBH & Co. KG (collectively "Boehringer") and Defendants Mylan Pharmaceuticals Inc., Mylan Inc., Mylan Laboratories Limited (collectively "Defendants"), subject to approval of the Court, that the Order Adopting Joint Amended Case Schedule entered by the Court on March 14, 2025 (Dkt. No. 290) be modified as reflected in the chart below. The parties believe good cause exists for the modified deadlines to allow adequate time for development of the case, to allow additional time for the parties to narrow or eliminate issues, and to provide efficiencies to the parties and the Court in presentation of these issues.

Based on the parties' stipulations and agreement, and a finding of good cause, the Court ORDERS that the following modified dates shall control the further proceedings of this matter. All other deadlines and dates in the Court's scheduling orders shall remain unchanged.

| Event | Current Deadline | Modification |
|---|---|---|
| Plaintiffs Serve Final Infringement Contentions and Defendants Serve Final Invalidity Contentions | April 28, 2025 | May 7, 2025 |
| Parties simultaneously file opening claim construction briefs | May 2, 2025 | May 9, 2025 |
| Opening Expert Reports on Issues for Which a Party Bears the Burden of Proof | May 2, 2025 | May 9, 2025 |
| Parties simultaneously file responsive claim construction briefs | May 23, 2025 | May 30, 2025 |
| Responsive Expert Reports | May 28, 2025 | June 4, 2025 |
| Reply Expert Reports Limited to Secondary Considerations | June 13, 2025 | June 18, 2025 |
| Close of Expert Discovery | July 2, 2025 | July 11, 2025 |

/s/ David R. Pogue
Steven R. Ruby (WVSB No. 10752)
David R. Pogue (WVSB No. 10806)
Jordan L. Damron (WVSB No. 13284)
**CAREY DOUGLAS KESSLER & RUBY, PLLC**
707 Virginia Street East
901 Chase Tower
P.O. Box 913
Charleston, West Virginia 25323
(304) 345-1234
sruby@cdkrlaw.com
drpogue@cdkrlaw.com
jdamron@cdkrlaw.com

Jeanna M. Wacker (*pro hac vice*)
Sam Kwon (*pro hac vice*)
Chris Ilardi (*pro hac vice)*
Eliana Applebaum (*pro hac vice*)
Ashley Ross (*pro hac vice*)
**KIRKLAND & ELLIS, LLP - NY**
601 Lexington Avenue
New York, NY 10022

/s/ William J. O'Brien
Gordon H. Copland (WVSB No. 828)
William J. O'Brien (WVSB No. 10549)
**STEPTOE & JOHNSON PLLC**
400 White Oaks Boulevard
Bridgeport, WV 26330
(304) 933-8162
gordon.copland@steptoe-johnson.com
william.obrien@steptoe-johnson.com

Deepro R. Mukerjee  (*pro hac vice*)
Lance Soderstrom  (*pro hac vice*)
**KATTEN MUCHIN ROSENMAN LLP**
50 Rockefeller Plaza
New York, NY 10020-1605
(212) 940-8800
deepro.mukerjee@katten.com
lance.soderstrom@katten.com

Jitendra Malik  (*pro hac vice*)
Joseph M. Janusz  (*pro hac vice*)
**KATTEN MUCHIN ROSENMAN LLP**

(212) 446-4900
jeanna.wacker@kirkland.com
sam.kwon@kirkland.com
ashley.ross@kirkland.com

James Hurst (*pro hac vice)*
Bryan S. Hales (*pro hac vice*)
Tasha Francis Gerasimow (*pro hac vice*)
**KIRKLAND & ELLIS, LLP - IL**
333 West Wolf Point Plaza
Chicago, IL 60654
(312) 862-2011
bhales@kirkland.com
tasha.gerasimow@kirkland.com

*Counsel for Plaintiffs*

550 S. Tryon Street, Suite 2900
Charlotte, NC 28280
(704) 444-2000
jitty.malik@katten.com
joe.janusz@katten.com

Matthew M. Holub  (*pro hac vice*)
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe Street
Chicago, IL 60661-3693
(312) 902-1061
matthew.holub@katten.com

*Counsel for Defendants*

**ENTERED** this 2nd day of May, 2025.

*/s/ Thomas S. Kleeh*
_____
Thomas S. Kleeh, Chief Judge
Northern District of West Virginia