# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

BOEHRINGER INGELHEIM PHARMACEUTICALS INC.,
BOEHRINGER INGELHEIM INTERNATIONAL GMBH, and
BOEHRINGER INGELHEIM PHARMA GMBH & CO. KG,

**Plaintiff(s),**

v.

Civil NO: 1:20-cv-00019

MYLAN PHARMACEUTICALS, INC.,
MYLAN INC., and MYLAN LABORATORIES LIMITED.

**Defendant(s).**

# ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* [ECF No. 328] Shaoyao Yu, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party. ECF No. 327 is DENIED.

ENTER: May 8, 2025

*Tom S Kleeh*
United States District Judge