**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC., BOEHRINGER INGELHEIM INTERNATIONAL GMBH, BOEHRINGER INGELHEIM CORPORATION, and BOEHRINGER INGELHEIM PHARMA GMBH & CO. KG, <br><br> *Plaintiffs*, <br><br> v. <br><br> MYLAN PHARMACEUTICALS INC., MYLAN INC., and MYLAN LABORATORIES LIMITED, <br><br> *Defendants*. | C.A. No. 1:20-cv-19 (TSK) (lead) <br><br> *Consolidated with* <br> C.A. No. 1:20-cv-90 <br> C.A. No. 1:24-cv-82 |

## <u>JOINT MOTION FOR EXTENSION OF TIME</u>

The parties jointly move the Court for a brief extension of time—to September 10, 2025, that is, three additional business days—to submit proposed orders regarding claim construction. In support of this motion, the parties state as follows:

1.    On August 25, 2025, the Court conducted a hearing regarding claim construction.

2.    At the conclusion of that hearing, the Court directed the parties to file proposed orders by 4:00 p.m. on September 5, 2025.

3.    The parties are diligently preparing their proposed orders but submit that a brief extension of the current deadline would allow them to provide proposed orders that most thoroughly assist the Court.

For these reasons, the parties jointly and respectfully request that their time to submit proposed orders regarding claim construction be extended to 4:00 p.m. on September 10, 2025. A proposed order will be filed herewith.

DATED: August 29, 2025

Respectfully submitted,

*/s/ Steven R. Ruby*

Steven R. Ruby (WVSB No. 10752)
David R. Pogue (WVSB No. 10806)
Jordan L. Damron (WVSB No. 13284)
**CAREY DOUGLAS KESSLER & RUBY, PLLC**
707 Virginia Street East
901 Chase Tower
P.O. Box 913
Charleston, West Virginia 25323
(304) 345-1234
sruby@cdkrlaw.com
drpogue@cdkrlaw.com
jdamron@cdkrlaw.com

Jeanna M. Wacker (*pro hac vice*)
jeanna.wacker@kirkland.com
Sam Kwon (*pro hac vice*)
sam.kwon@kirkland.com
Christopher Ilardi (*pro hac vice*)
chris.ilardi@kirkland.com
Shaoyao Yu (*pro hac vice*)
shaoyao.yu@kirkland.com
Eliana Applebaum (*pro hac vice*)
eliana.applebaum@kirkland.com
**KIRKLAND & ELLIS, LLP - NY**
601 Lexington Avenue
New York, NY 10022
(212) 446-4900

James F. Hurst (*pro hac vice*)
james.hurst@kirkland.com
Bryan S. Hales (*pro hac vice*)
bhales@kirkland.com

Tasha Francis Gerasimow (*pro hac vice*)
tasha.gerasimow@kirkland.com
**KIRKLAND & ELLIS, LLP - IL**
333 West Wolf Point Plaza
Chicago, IL 60654
(312) 862-2011

*Attorneys for Plaintiffs*


 /s/ William J. O'Brien
Gordon H. Copland (WV Bar No. 828)
William J. O'Brien (WV Bar No. 10549)
**STEPTOE & JOHNSON PLLC**
400 White Oaks Blvd.
Bridgeport, WV 26330
Telephone: (304) 933-8000
gordon.copeland@steptoe-johnson.com
william.obrien@steptoe-johnson.com

Deepro R. Mukerjee
Lance A. Soderstrom
**KATTEN MUCHIN ROSENMAN LLP**
50 Rockefeller Plaza
New York, NY 10020-1605
Telephone: (212) 940-6330
Facsimile: (212) 940-8776
deepro.mukerjee@katten.com
lance.soderstrom@katten.com

Jitendra Malik, Ph.D.
Joseph M. Janusz
**KATTEN MUCHIN ROSENMAN LLP**
615 S. College Street, Suite 1700
Charlotte, NC 28202-3354
Telephone: (704) 444-2000
jitty.malik@katten.com
joseph.janusz@katten.com

Matthew M. Holub
Jillian M. Schurr
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe Street
Chicago, IL 60661-3693
Telephone: (312) 902-5200
matthew.holub@katten.com

jillian.schurr@katten.com

Sara M. Pistilli
**KATTEN MUCHIN ROSENMAN LLP**
2121 North Pearl Street Ste. 1100
Dallas, TX 75201
Telephone: (214) 765-3602
sara.pistilli@katten.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on August 29, 2025, service of the

foregoing was made upon counsel of record by CM/ECF filing.


*/s/ Steven R. Ruby*
Steven R. Ruby (WVSB No. 10752)