# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC., BOEHRINGER INGELHEIM INTERNATIONAL GMBH, BOEHRINGER INGELHEIM CORPORATION, and BOEHRINGER INGELHEIM PHARMA GMBH & CO. KG, <br><br> Plaintiffs, <br> v. <br> MYLAN PHARMACEUTICALS INC., MYLAN INC., and MYLAN LABORATORIES LIMITED, <br><br> Defendants | Case No. 1:20-cv-00019 <br> (Consolidated) <br><br> Case No. 1:24-cv-00082 |

## CONSENT JUDGMENT

Plaintiffs Boehringer Ingelheim Pharmaceuticals Inc., Boehringer Ingelheim International GMBH, Boehringer Ingelheim Corporation, and Boehringer Ingelheim Pharma GmbH & Co. KG (collectively "Boehringer" or "Plaintiffs"), and Defendants Mylan Pharmaceuticals Inc., Mylan Inc., and Mylan Laboratories Limited ("Mylan" or "Defendants") have agreed to terms and conditions representing a negotiated resolution of claims and defenses in Civil Action No. 1:20-cv-00019, 1:20-cv-00090, and 1:24-cv-00082. Now the parties, by their respective undersigned attorneys, hereby stipulate and consent to entry of judgment in this action as follows:

IT IS, this 24th day of November, 2025

HEREBY ORDERED, ADJUDGED AND DECREED that:

1. For purposes of this action only, this Court has jurisdiction over the subject matter of the above action and has personal jurisdiction over the parties.

1

2. As used in this Consent Judgment, (i) the term "the '016 patent" means U.S. Patent No. 9,415,016, (ii) the term "the '526 patent" means U.S. Patent No. 9,486,526, (iii) the term "the '379 patent" means U.S. Patent No. 10,022,379, (iv) the term "the '552 patent" means U.S. Patent No. 11,033,552, (v) the term "the '388 patent" means U.S. Patent No. 11,911,388, (vi) the term "MYLAN Generic Equivalent Lina Product" shall mean the products described in Abbreviated New Drug Application ("ANDA") No. 208431, including tablets containing 5 mg linagliptin as generic versions of the Boehringer Tradjenta® Product, (vii) the term "MYLAN Generic Equivalent Lina/Met Product" shall mean the product described in ANDA No. 208430, including tablets containing 2.5 mg linagliptin and metformin as generic versions of the Boehringer Jentadueto® Product, (viii) the term "MYLAN ANDA Products" shall mean the MYLAN Generic Equivalent Lina Product and the Mylan Generic Equivalent Lina/Met Product, and (ix) the term "Affiliate" shall mean any entity controlling, controlled by, or under common control with a Party, but only as long as such control continues, where "control" means: (1) the ownership of at least fifty percent (50%) of the equity or beneficial interest of such entity, or the right to vote for or appoint a majority of the board of directors or other governing body of such entity; or (2) the power to directly or indirectly direct or cause the direction of the management and policies of such entity by any means whatsoever.

3. In the absence of a license, the '526, '552, and '388 Patents are infringed by the MYLAN Generic Equivalent Lina Product.

4. In the absence of a license, the '016, '379, and '388 Patents are infringed by the MYLAN Generic Equivalent Lina/Met Product.

5. Except as specifically authorized or otherwise agreed between the parties, Mylan, including any of its successors and assigns, is enjoined from making, having made, using, selling,

offering to sell, importing or distributing the MYLAN ANDA Products in the United States, on its own part or through any Affiliate, officer, agent, servant, employee or attorney, or through any person in concert or coordination with Mylan or its Affiliates, through and until the latest expiration of the '016, '526, '379, '552, and '388 Patents, including any patent term extension and/or patent term adjustment.

6. Plaintiffs acknowledge that Defendant is entitled to maintain its Paragraph IV certification to the '016 patent, the '526 patent, the '379 patent, the '552 patent and the '388 patent pursuant to 21 C.F.R. § 314.94(a)(12)(v).

7. Nothing herein shall prevent FDA from granting or maintaining final approval to Mylan's ANDA No. 208430 and/or Mylan's ANDA No. 208431 at any time.

8. The Parties agree that, in the event of violation of the terms of this Consent Judgment or any related agreement(s), jurisdiction and venue for an action to enforce performance under this Consent Judgment, including for a preliminary injunction against the breaching conduct, exists in this District Court, and the Parties hereby waive any and all defenses based on personal jurisdiction and venue.

9. This Court retains jurisdiction to enforce or supervise performance under this Consent Judgement and any related agreement(s).

10. The Complaint and all other claims, counterclaims, or affirmative defenses are dismissed without prejudice and without costs, disbursements, or attorney fees to any party.

SO ORDERED this 24th day of November, 2025.

_____
Hon. Thomas S. Kleeh, Chief Judge

**IT IS SO STIPULATED:**

/s/ David R. Pogue
Steven R. Ruby (WVSB No. 10752)
David R. Pogue (WVSB No. 10806)
Jordan L. Damron (WVSB No. 13284)
**CAREY DOUGLAS KESSLER & RUBY, PLLC**
707 Virginia Street East
901 Chase Tower
P.O. Box 913
Charleston, West Virginia 25323
(304) 345-1234
sruby@cdkrlaw.com
drpogue@cdkrlaw.com
jdamron@cdkrlaw.com

Jeanna M. Wacker (*pro hac vice*)
Sam Kwon (*pro hac vice*)
Chris Ilardi (*pro hac vice)*
Eliana Applebaum (*pro hac vice*)
Shaoyao Yu (*pro hac vice)*
Ashley Ross (*pro hac vice)*
**KIRKLAND & ELLIS, LLP - NY**
601 Lexington Avenue
New York, NY 10022
(212) 446-4900
jeanna.wacker@kirkland.com
sam.kwon@kirkland.com
ashley.ross@kirkland.com

James Hurst (*pro hac vice)*
Bryan S. Hales (*pro hac vice*)
Tasha Francis Gerasimow (*pro hac vice)*
**KIRKLAND & ELLIS, LLP - IL**
333 West Wolf Point Plaza
Chicago, IL 60654
(312) 862-2011
bhales@kirkland.com
tasha.gerasimow@kirkland.com

*Counsel for Plaintiffs*

/s/ William J. O'Brien
Gordon H. Copland (WVSB No. 828)
William J. O'Brien (WVSB No. 10549)
**STEPTOE & JOHNSON PLLC**
400 White Oaks Boulevard
Bridgeport, WV 26330
(304) 933-8162
gordon.copland@steptoe-johnson.com
william.obrien@steptoe-johnson.com

Deepro R. Mukerjee (*pro hac vice*)
Lance Soderstrom (*pro hac vice*)
**KATTEN MUCHIN ROSENMAN LLP**
50 Rockefeller Plaza
New York, NY 10020-1605
(212) 940-8800
deepro.mukerjee@katten.com
lance.soderstrom@katten.com

Jitendra Malik (*pro hac vice*)
Joseph M. Janusz (*pro hac vice*)
**KATTEN MUCHIN ROSENMAN LLP**
550 S. Tryon Street, Suite 2900
Charlotte, NC 28280
(704) 444-2000
jitty.malik@katten.com
joe.janusz@katten.com

Matthew M. Holub (*pro hac vice*)
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe Street
Chicago, IL 60661-3693
(312) 902-1061
matthew.holub@katten.com

*Counsel for Defendants*